UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civ. Case No. 07-CV-04285 (PAM/RLE)

---

Keitha Sixberry, Eric Sixberry, individually
and on behalf of other similarly situated individuals.

Plaintiffs,

**ORDER FOR DISMISSAL WITH PREJUDICE**

v.

Meds-1 Ambulance Service, Inc., d/b/a
Meds-1 Emergency Medical Services,

Defendant.

---

Upon the parties' Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court is directed to enter forthwith judgment dismissing the above action with prejudice, without costs, disbursements or attorney's fees being awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 24, 2009

BY THE COURT:

s/Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court